

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00063-CR

| | | |
|---|---|---|
| LATTRELL PEJUAN TEAL, Appellant | § | On Appeal from the 396th District Court |
| | § | of Tarrant County (1597647D) |
| V. | § | June 16, 2022 |
| | § | Memorandum Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
  Justice Elizabeth Kerr